[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-11226

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MARK PETER COLVILLE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:18-cr-00022-LGW-BWC-2

_____

Before GRANT, LUCK, and ANDERSON, Circuit Judges.

PER CURIAM:

Mark Colville appeals his convictions for conspiracy in violation of 18 U.S.C. §§ 371 and 2, destruction of property on a naval installation in violation of 18 U.S.C. §§ 1363 and 2, depredation of government property in violation of 18 U.S.C. §§ 1361 and 2, and trespass in violation of 18 U.S.C. §§ 1382 and 2. He also appeals the district court's restitution order making him jointly and severally liable for the payment of $33,503.51 to the Treasurer of the United States on behalf of the Department of the Navy. In a submission on appeal, Colville concedes that his challenge to his convictions is foreclosed by this Circuit's decision in *United States v. Grady*, 18 F.4th 1275 (11th Cir. 2021). Because the parties have agreed that Colville's appeal of the restitution order is moot, no contested issues remain. *See United States v. Potts*, 997 F.3d 1142, 1144–45 (11th Cir. 2021). We therefore affirm his convictions and his sentence.

AFFIRMED.